AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-mj-00205 |
| Curtis Logan Tate | ) Assigned To : Upadhyaya, Moxila A. |
| | ) Assign. Date : 8/15/2023 |
| | ) Description: Complaint W/ Arrest Warrant |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____Curtis Logan Tate_____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 111(a)(1) and (b) - Assaulting, Resisting, or Impeding Certain Officers Using a Deadly or Dangerous Weapon;
18 U.S.C. § 231(a)(3) - Civil Disorder;
18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds;
18 U.S.C. § 1361 - Destruction of Government Property;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in the Capitol Grounds or Buildings;
40 U.S.C. § 5104(e)(2)(F) - Engage in an Act of Physical Violence in the Grounds or any of the Capitol Buildings.

Date:  08/15/2023                                            *M.K. Upad——*
                                                             *Issuing officer's signature*

City and state:   Washington, D.C.            Moxila A. Upadhyaya, U.S. Magistrate Judge
                                                             *Printed name and title*

---

**Return**

This warrant was received on *(date)* 8/24/2023, and the person was arrested on *(date)* 8/24/2023
at *(city and state)*   Wilmington, NC.

Date:  8/24/2023                                             _____
                                                             *Arresting officer's signature*

                                                             SA Kane
                                                             *Printed name and title*