IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **CURTIS LOGAN TATE,** <br><br> **Defendant** | Case No. 23-mj-0205 |

### JOINT MOTION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

The United States of America, by and through the United States Attorney for the District of Columbia, and undersigned counsel, and defendant Curtis Logan Tate, by and through his attorney Diane Shrewsbury, hereby file this motion to continue the status conference set for Tuesday, November 14, 2023, in the above-captioned matter, for approximately 7 days, until Tuesday, November 21, 2023, or to another date preferred by the Court; and to exclude the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*. The parties request the additional time to engage in plea negotiations and review preliminary discovery productions.

1. The defendant's initial appearance in the District of Columbia was held on September 15, 2023, before Magistrate Judge Robin M. Meriweather. During the hearing, the Court appointed counsel to represent the defendant and ordered that time under the Speedy Trial Act be excluded until a status hearing on October 17, 2023.

2. On September 26, 2023, the Court entered a protective order setting forth procedures for handling confidential material and allowing for certain designated material to be filed under seal.

3. On September 28, 2023, the government produced case-specific files to the defendant via USAfx, including an audio recorded interview with the defendant, a 302 report, and 25 open-source videos.

4. On October 16, 2023, the Court granted the parties' Joint Motion to Continue and Motion to Exclude time under the Speedy Trial Act. ECF No. 12. A status hearing was set for November 14, 2023, and time between October 17 and November 14, 2023, was excluded under the Speedy Trial Act.

5. Also, on October 16, 2023, the government shared 30 volumes of global discovery productions with the defense via USAfx. As of October 12, 2023, over 7.93 million files (over 10.08 terabytes of information) have been provided to the defense Relativity workspace. These files include (but are not limited to) the results of searches of 832 digital devices and 450 Stored Communications Act accounts; 11,426 FBI FD-302s and related attachments (FD-302s generally consist of memoranda of interviews and other investigative steps); 521 digital recordings of subject interviews; and 210,537 (redacted or anonymous) tips. Over 32,000 files including body-worn and hand-held camera footage from five law enforcement agencies and surveillance-camera footage from three law enforcement agencies have been shared to the defense evidence.com video repository.

6. The government anticipates case-specific and global discovery productions will continue on a rolling basis.

7. On November 8, 2023, the government extended a plea offer to Mr. Tate, which is set to expire on December 20, 2023.

8.  The parties are engaged in productive pre-indictment plea discussions and expect those discussions to continue in the near future.

9.  Given the discovery recently produced, the volume of discovery for the defense to review, and entry into plea negotiations, the parties ask for an additional 7 days to work toward a resolution in this matter.

The parties request that the Court exclude the time until the status conference on November 21, 2023, or another date selected by the Court, pursuant to 18 U.S.C. § 3161 *et seq.*, on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

Date: November 10, 2023      By:   */s/ Will N. Widman*
WILL N. WIDMAN
Trial Attorney, Detailee
NC Bar No. 48158
1301 New York Avenue, NW, 8th Floor
Washington, D.C. 20530
(202) 353-8611
Will.Widman@usdoj.gov

On behalf of the Defendant:

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

*/s/ Diane Shrewsbury*
Diane Shrewsbury
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500
Diane_Shrewsbury@fd.org