IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **CURTIS LOGAN TATE,** <br><br> **Defendant** | Case No. 23-mj-0205 |

### JOINT MOTION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

The United States of America, by and through the United States Attorney for the District of Columbia, and undersigned counsel, and defendant Curtis Logan Tate, by and through his attorney Diane Shrewsbury, hereby file this joint motion to continue the status conference set for Tuesday, January 2, 2024, in the above-captioned matter, for approximately 30 days, until Thursday, February 1, 2024, or to another date preferred by the Court; and to exclude the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*. The parties request the additional time to engage in plea negotiations and review preliminary discovery productions.

1. The defendant's initial appearance in the District of Columbia was held on September 15, 2023, before Magistrate Judge Robin M. Meriweather. During the hearing, the Court appointed counsel to represent the defendant and ordered that time under the Speedy Trial Act be excluded until a status hearing on October 17, 2023.

2. On September 26, 2023, the Court entered a protective order setting forth procedures for handling confidential material and allowing for certain designated material to be filed under seal.

3. On September 28, 2023, the government produced case-specific files to the defendant via USAfx, including an audio recorded interview with the defendant, a 302 report, and 25 open-source videos.

4. On October 16, 2023, the Court granted the parties' Joint Motion to Continue and Motion to Exclude time under the Speedy Trial Act. ECF No. 12. A status hearing was set for November 14, 2023, and time between October 17 and November 14, 2023, was excluded under the Speedy Trial Act.

5. Also, on October 16, 2023, the government shared 30 volumes of global discovery productions with the defense via USAfx. As of October 12, 2023, over 7.93 million files (over 10.08 terabytes of information) have been provided to the defense Relativity workspace.

6. On November 8, 2023, the government extended a plea offer to Mr. Tate.

7. On November 13, 2023, the Court granted the parties' Joint Motion to Continue and Motion to Exclude time under the Speedy Trial Act. ECF No. 13. A status hearing was set for November 21, 2023, and time between November 14 and November 21, 2023, was excluded under the Speedy Trial Act.

8. On November 21, 2023, the Court granted the parties' Joint Motion to Continue and Motion to Exclude time under the Speedy Trial Act. ECF No. 16. A status hearing was set for December 7, 2023, and time between November 21 and December 7, 2023, was excluded under the Speedy Trial Act.

9. On November 28, 2023, the government produced 117 case-specific files to the defendant via USAfx, including 302 reports documenting interviews with officer victims and other case file serials.

10. The government anticipates case-specific and global discovery productions will continue on a rolling basis.

11. On December 6, 2023, the Court granted the parties' Joint Motion to Continue and Motion to Exclude time under the Speedy Trial Act. ECF No. 18. A status hearing was set for January 2, 2024, and time between December 7, 2023, and January 2, 2024, was excluded under the Speedy Trial Act.

12. On December 20, 2023, the parties conferred and agreed on the filing of the instant joint motion.

13. The parties are engaged in productive pre-indictment plea discussions and expect those discussions to continue in the near future.

14. Given the discovery recently produced, the volume of discovery for the defense to review, and entry into plea negotiations, the parties ask for an additional 30 days to work toward a resolution in this matter.

The parties request that the Court exclude the time until the status conference on February 1, 2024, or another date selected by the Court, pursuant to 18 U.S.C. § 3161 *et seq.*, on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A).

                                            Respectfully submitted,

                                            MATTHEW M. GRAVES
                                            UNITED STATES ATTORNEY
                                            D.C. Bar No. 481052

Date: December 5, 2023              By:  */s/ Will N. Widman*
                                            WILL N. WIDMAN
                                            Trial Attorney, Detailee
                                            NC Bar No. 48158
                                            1301 New York Avenue, NW, 8th Floor
                                            Washington, D.C. 20530
                                            (202) 353-8611
                                            Will.Widman@usdoj.gov

On behalf of the Defendant:            A.J. KRAMER
                                            FEDERAL PUBLIC DEFENDER

                                            */s/ Diane Shrewsbury*
                                            Diane Shrewsbury
                                            Assistant Federal Public Defender
                                            625 Indiana Avenue, N.W., Suite 550
                                            Washington, D.C.  20004
                                            (202) 208-7500
                                            Diane_Shrewsbury@fd.org